**Dismiss and Opinion Filed July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00511-CV

### IN THE INTEREST OF S.S., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-14735**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

The Court has before it appellant's July 15, 2015 motion to dismiss the appeal. We grant

the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(a).

150511F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.S., A CHILD

No. 05-15-00511-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-14-14735.
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee Aimee Sexton recover her costs of this appeal from appellant Bobby Wayne Sexton.

Judgment entered July 21, 2015.